```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                     :
UNITED STATES OF AMERICA             :
                                     :   UNSEALING ORDER
         - v. -                      :
                                     :   S4 21 Cr. 603  (VEC)
SOPHIA CHAVEZ,                       :
                                     :
              Defendant.             :
                                     :
                                     :
                                     :
                                     :
                                     :
- - - - - - - - - - - - - - - - - - X
```

Upon application of the United States of America, by and through Assistant United States Attorneys Ryan B. Finkel, Kristy J. Greenberg, it is hereby ORDERED that Indictment S4 21 Cr. 603 (VEC), which was filed under seal on May 25, 2022, be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
       May 27, 2022

_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK