USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/01/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                :
:
       -against-                    :    21-CR-603 (VEC)
:
:    ORDER
SOPHIA CHAVEZ,                          :
:
               Defendants.         :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on May 25, 2022, the Grand Jury returned a superseding indictment (S4) in this case;

    WHEREAS the superseding indictment (S4) names Sophia Chavez as a Defendant in this action; and

    WHEREAS upon arrest, Ms. Chavez will be presented in her district of arrest.

    IT IS HEREBY ORDERED that the Court refers the S.D.N.Y. initial presentment and any bail application to Magistrate Judge Court.

    IT IS FURTHER ORDERED that Ms. Chavez will be arraigned before the Undersigned on **Thursday, June 16, 2022 at 3:30 P.M.** The arraignment will be held in person in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

    IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be

permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Dated: June 1, 2022**
  **New York, NY**                                                      _____
                                                                        **VALERIE CAPRONI**
                                                                        **United States District Judge**