

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/13/2022

**James P. Whalen**
Attorney and Counselor at Law
Board Certified in Criminal Law
Board Certified in Criminal Appellate Law
Texas Board of Legal Specialization

**Ryne T. Sandel**
Attorney and Counselor at Law

**MEMO ENDORSED**

June 13, 2022

**BY EMAIL AND ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
CaproniNYSDChambers@nysd.uscourts.gov

Re:   *United States v. Sophia Chavez*; 21-CR-603 (VEC)

Dear Judge Caproni:

Our client, Sophia Chavez (23), was originally scheduled for arraignment on Thursday, June 16, 2022 at 3:30 P.M. On June 13, 2022, Ms. Chavez's alternative request, that the arraignment be adjourned by two weeks, was granted. Ms. Chavez's arraignment is now scheduled for Wednesday, June 29, 2022, at 1:00 P.M.

We are writing to respectfully request that Your Honor schedule Ms. Chavez's arraignment for the afternoon of Monday, June 27, 2022 to allow for same-day travel. Defense counsel and Ms. Chavez will be traveling from Texas to New York and believe moving Ms. Chavez's arraignment proceeding from Wednesday, June 29, 2022 to Monday, June 27, 2022 would be more cost effective.

Thank you for your consideration.

Respectfully submitted,

WHALEN LAW OFFICE

/s/ James P. Whalen
_____
JAMES P. WHALEN

---

WHALEN LAW OFFICE
9300 John Hickman Parkway, Suite 501, Frisco, Texas 75035
Office: (214) 368-2560 · Fax: (972) 829-8654
www.whalenlawoffice.com · info@whalenlawoffice.com

> Application GRANTED.
>
> Ms. Chavez's arraignment, currently scheduled for Wednesday, June 29, 2022 at 1:00 P.M., is rescheduled to **Monday, June 27, 2022 at 3:00 P.M.**
>
> SO ORDERED.
>
> *[signature]* Date: June 13, 2022
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

TEXAS BAR CARD NO. 00794837

9300 John Hickman Parkway, Suite 501

Frisco, Texas 75035

Telephone: (214) 368-2560

Facsimile: (972) 829-8654

jwhalen@whalenlawoffice.com


COUNSEL FOR DEFENDANT

SOPHIA CHAVEZ

ADMITTED PRO HAC VICE TO THE

SOUTHERN DISTRICT OF NEW YORK


/s/ Ryne T. Sandel

RYNE T. SANDEL

TEXAS BAR CARD NO. 24081689

9300 John Hickman Parkway, Suite 501

Frisco, Texas 75035

Telephone: (214) 368-2560

Facsimile: (972) 829-8654

rsandel@whalenlawoffice.com


COUNSEL FOR DEFENDANT

SOPHIA CHAVEZ

ADMITTED PRO HAC VICE TO THE

SOUTHERN DISTRICT OF NEW YORK