```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  06/28/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA                                       :
                                                               :
                    -against-                                  :   21-CR-603 (VEC)
                                                               :
                                                               :        ORDER
SOPHIA CHAVEZ,                                                 :
                                       Defendant.              :
                                                               :
-------------------------------------------------------------- X

**MEMO ENDORSED**

VALERIE CAPRONI, United States District Judge:

WHEREAS on Monday, June 27, 2022, the parties appeared for an arraignment and initial pretrial conference with this Court;

WHEREAS the Court arraigned Ms. Chavez on the Indictment; and

WHEREAS Ms. Chavez pled not guilty to the charge in the Indictment;

IT IS HEREBY ORDERED the parties shall appear before the Court on **July 7, 2022 at 11:00 AM** for a status conference. The conference will be held remotely, via teleconference. While the Government and Defense counsel must attend the teleconference, the Defendant is not required to attend. If the Defendant does not wish to attend the conference, the Defendant must file a waiver of in person appearance and a consent to appear via counsel no later than **Friday, July 1, 2022**.

IT IS FURTHER ORDERED that the Government, Defense counsel, any Defendants who choose to attend, and any interested members of the public must attend the July 7, 2022 conference by dialing 1-888-363-4749, using the access code 3121171, and the security code 0603. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

**Date:  June 28, 2022**
**        New York, NY**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**