USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____07/07/2022____

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Sophia Chavez          ,
                 Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

__21__ -CR- __603__ (__VEC__)(__)

Defendant __Sophia Chavez_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Sophia Chavez**
_____
Print Defendant's Name

_____
Defense Counsel's Signature

**James P. Whalen**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

07/07/2022
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge