USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                     :
:
           -against-                             :      21-CR-603 (VEC)
:
:      <u>ORDER</u>
SOPHIA CHAVEZ,                                      :
                            Defendant.     :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 27, 2023, the parties requested that the Court schedule a change of plea hearing in this matter.

IT IS HEREBY ORDERED that Ms. Chavez's change of plea hearing will be held on **Wednesday, March 29, 2023, at 3:00 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: March 27, 2023**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**