USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                    :
:
      -against-                     :    21-CR-603 (VEC)
:
:    ORDER
SOPHIA CHAVEZ,                                              :
                              Defendant.      :
:
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 29, 2023, the parties appeared for a change of plea hearing; and

      WHEREAS Ms. Chavez entered a plea of guilty to Count One of the Superseding Information (S8), which was accepted by the Court.

      IT IS HEREBY ORDERED that Mr. Chavez will be sentenced on **Wednesday, July 26, 2023, at 2:30 P.M.**  Pre-sentencing submissions are due no later than **July 12, 2023**.  The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: March 29, 2023**
      **New York, NY**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**